**Tabetha A. Martinez, Esq.**
**Nevada Bar No. 14237**
**Ashlie L. Surur, Esq.**
**Nevada Bar No. 11290**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
**Mailing:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: asurur@burgermeyer.com

Attorneys for Defendant
SAM'S WEST, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIKA HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., d/b/a SAM'S CLUB a foreign Corporation; DOES 1 – 20, and ROE BUSINESS ENTITIES 1 – 20, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02466-CDS-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON THE PARTIES' STIPULATION TO EXTEND DISCOVERY DEADLINES** |

Defendant SAMS WEST, INC. and Plaintiff ERIKA HERNANDEZ, by and through their undersigned counsel of record stipulate to a continuance of the Hearing on the Parties' Stipulation to Extend Discovery Deadlines scheduled for September 10, 2026, at 03:30 p.m. IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the Hearing on the Parties' Stipulation to Extend Discovery Deadlines be rescheduled to one of the following dates (or the next available date thereafter):

- September 21, 2026
- September 22, 2026

BURGER, MEYER & D' ANGELO, LLP

There is good cause to continue the Hearing on the Parties' Stipulation to Extend Discovery Deadlines as lead counsel for Defendant, is outside the State of Nevada on September 10, 2026 and unavailable that date, and does not have coverage from any other attorney in the firm.

Dated: September 8, 2024

BURGER MEYER, & D'ANGELO, LLP

*/s/ Tabetha A. Martinez*_________
Tabetha A. Martinez, Esq.
NV Bar No. 14237
725 S. 8th Street Suite 200
Las Vegas, NV 89101
*Attorney for Defendant*
*SAM'S WEST, INC.*

Dated: September 8, 2024

MORGAN & MORGAN

*/s/ Gregory A. Kraemer*
Gregory A. Kraemer, Esq.
NV Bar No. 010911
6725 Via Austi Parkway, Suite 275
Las Vegas, NV 89119
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED that the Hearing on the Parties' Stipulation to Extend Discovery Deadlines is rescheduled to September 22, 2026 at 10:00 a.m/~~p.m.~~

DATED this 9th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE