**Tabetha A. Martinez, Esq. (NV 14237)**
**Ashlie L. Surur, Esq. (NV 11290)**
**Manuel R. Gurule, Esq. (NV 15926)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, Nevada 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
asurur@burgermeyer.com
mgurule@burgermeyer.com

Attorneys for Defendant
SAM'S WEST, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIKA HERNANDEZ, individual;<br><br>Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., d/b/a SAM'S CLUB a foreign Corporation; DOES 1 – 20, and ROE BUSINESS ENTITIES 1 – 20, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02466-CDS-BNW<br><br>**STIPULATION AND ORDER REGARDING NRCP RULE 35 EXAMINATION OF PLAINTIFF** |

IT IS HEREBY STIPULATED AND AGREED TO by Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, by and through its counsel of record, BURGER, MEYER & D'ANGELO, LLP, and Plaintiff ERIKA HERNANDEZ, by and through her counsel of record MORGAN & MORGAN that Plaintiff will submit to a FRCP Rule 35 examination with Dr. Chinedu Nwasike M.D., under the stipulated conditions set forth below:

1. The Rule 35 Examination shall be conducted pursuant to FRCP Rule 35.

2. The examination of Plaintiff, ERIKA HERNANDEZ, will be held at 7455 West Washington Ave. Suite 160, Las Vegas, NV 89128 on 10/6/2026 at 1:30 pm.



BURGER, MEYER & D'ANGELO, LLP

BURGER, MEYER & D' ANGELO, LLP

3. If Plaintiff has not arrived within fifteen (15) minutes of the scheduled exam time, Dr. Chinedu Nwasike reserves the right to cancel the appointment and Plaintiff shall be responsible for all costs and fees associated with the cost of the exam pursuant to the fees set forth in the Fee Schedule for Dr. Chinedu Nwasike.

4. The examination shall not last longer than one hundred and twenty (120) minutes unless circumstances justifying additional time are explained in writing to Plaintiff's counsel at least seven (7) business days prior to the examination.

5. Liability questions may not be asked by the doctor conducting the examination, any other medical professional associated with the examination, or any agent or representative of his office. The doctor may ask questions concerning how the incident occurred, the mechanics of the fall, and Plaintiff's injuries sustained in the incident.

6. No invasive procedures are allowed.

7. Dr. Chinedu Nwasike's report must be in writing and must set out in detail his findings, including diagnoses, conclusions, and the results of any tests.

8. There will no audio or video permitted during the examination.

9. Plaintiff shall not have any observers, counsel, agents, or other third parties accompanying Plaintiff in the examination room during the exam.

10. On the date of the examination, the doctor will not require Plaintiff to sign any paperwork other than a "sign-in" sheet or authorization to perform the examination.

11. Plaintiff will present a valid photo ID at the time of the examination.

12. Prior to arrival at Dr. Chinedu Nwasike's office, Plaintiff will complete the attached paperwork.[1]

13. Plaintiff will be responsible for paying a reasonable no-show fee should she fail to appear for the examination pursuant to Dr. Nwasike's Fee Schedule. Further, Plaintiff will be

---

[1] Please note that the medical history form and pain diagram are optional forms but will assist Dr. Nwasike in conducting the examination.

responsible for a cancellation fee unless notice of need to cancel on Plaintiff's behalf is provided at least two weeks prior to the exam date.

Dated: October 2, 2026

MORGAN & MORGAN

*/s/ Gregory Kraimer*
Gregory Kraimer, Esq.
Bryanna Gutierrez, Esq.
6725 Via Austi Parkway, Suite 275 Las Vegas, NV 89119
*Attorneys for Plaintiff*

BURGER, MEYER & D'ANGELO, LLP

Tabetha A. Martinez, Esq.
Ashlie L. Surur, Esq.
Manuel R. Gurule, Esq.
Attorneys for Defendant
*Attorneys for SAM'S WEST, INC.*

**ORDER**

Pursuant to the foregoing stipulation, by and between the parties and their respective counsel, and for good cause appearing therefore:

**IT IS HEREBY ORDERED** that all parties in the above captioned matter shall abide by the conditions set forth in the foregoing Stipulation regarding the parameters of Plaintiff's FRCP Rule 35 examination.

DATED: October 5, 2026

UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:
BURGER, MEYER & D'ANGELO, LLP

Tabetha A. Martinez, Esq.
Ashlie L. Surur, Esq.
Manuel R. Gurule, Esq.
Attorneys for Defendant
Attorneys for SAM'S WEST, INC.



BURGER, MEYER & D' ANGELO, LLP